ACCEPTED
041400785CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/9/2015 11:53:40 AM
KEITH HOTTLE
CLERK

## COURT OF APPEALS NO. 04-14-00785-CV

**TRIAL COURT CASE NO. 2011 CI 15957**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/9/2015 11:53:40 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **MANUEL G. CASTRO** | § | **45th JUDICIAL DISTRICT** |
| **AND** | § | |
| **MARY ANN CASTRO** | § | **BEXAR COUNTY, TEXAS** |

### MOTION TO EXTEND TIME FOR RESPONSE

This Motion to Extend Time for Response is brought by JOSEPH P. APPELT, who is attorney of record for MANUEL G. CASTRO. Joseph P. Appelt, who shows in support thereof:

1.  On or about December 29, 2014 Appellant filed certain documents, including an Affidavit of Indigency in this matter;

2.  The Court accepted the said filings and treated them as a request to extend time to file the said Affidavit;

3.  This Court entered an Order setting the due date for Appellee's response to the said Affidavit of Indigency for January 9, 2015;

4.  Appellee hereby requests an extension of time to file his response for the following reasons:

    a.  Appellant was present at a hearing in District Court on December 29, 2014 in which she made certain statements on the record concerning her income. These statements contradict Appellant's sworn Affidavit filed with this Court;

    b.  Attorney for Appellee has requested a transcript of the said hearing for filing as part of his response, however said transcript is not yet ready;

    c.  The said transcript is a necessary part of Appellee's response.

5.  As such, Appellee requests a short extension of time to file his response so he may include the transcript.

6.  This extension of time is not sought merely for delay but so that justice may be done.

Respectfully Submitted,

Joseph P. Appelt, P.C.
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228
210/375-1212 (Telephone)
210/375-1213 (Telecopier)

By: _____

JOSEPH P. APPELT
SBN: 00789809
ATTORNEY FOR MANUEL G. CASTRO
APPELLEE

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January 8, 2015.

_____

JOSEPH P. APPELT
Attorney for MANUEL G. CASTRO